IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TEODORO S. ALCARAZ,

    Petitioner,                      No. CIV S-11-1992 GGH P

    vs.

FRANK X. CHAVEZ,

    Respondent.                   ORDER TO SHOW CAUSE

_____/

Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 28, 2011, respondent filed a motion to dismiss. Petitioner has not filed an opposition to the motion. Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within twenty-one days, why respondent's October 28, 2011 motion to dismiss should not be granted.

DATED: December 9, 2011

                                            /s/ Gregory G. Hollows
                                       UNITED STATES MAGISTRATE JUDGE

GGH:009
alca1992.osc