IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TEODORO S. ALCARAZ,

    Petitioner,                  No. CIV S-11-1992 GGH P

    vs.

FRANK X. CHAVEZ,

    Respondent.               ORDER

_____/

    Petitioner was ordered to show cause, within twenty-one days, why respondent's motion to dismiss, to which petitioner had filed no opposition, should not be granted. See Order to Show Cause, filed on December 12, 2011. Petitioner filed a response on January 5, 2012, stating, under penalty of perjury, that he sent to the court, on November 26, 2011, a request for an extension of time and a notice of change of address. He further declares that his copy of the October 28, 2011, motion to dismiss is "very blurred" and he is unable to read it. Petitioner includes his new address and asks both for another copy of the motion and an extension of time to respond.

    Although petitioner submits no prison mail log or other documentation in support of his declaration that he sent a timely request for an extension of time, the court will, on this

1

1  occasion, accept his explanation under oath and will grant him an extension of time to respond to
2  the pending motion.  The court observes that respondent's motion filed in this court is quite
3  legible; however, the undersigned will direct respondent to provide petitioner with another copy
4  of their motion to dismiss, making sure it is clear and readable.
5          Accordingly, IT IS HEREBY ORDERED that:
6          1.  Petitioner has discharged the court's December 13, 2011, show cause order;
7          2.  Respondent is directed to serve another copy of the October 28, 2011, motion
8  to dismiss, upon petitioner, within seven (7) days, at petitioner's new address, making certain it
9  is very legible;
10          3.  Petitioner's January 5, 2012, request for an extension of time is granted; and
11          4.  Petitioner shall file an opposition to the motion to dismiss within thirty-five
12  days from the date of this order.
13  DATED: January 17, 2012
14        /s/ Gregory G. Hollows
          UNITED STATES MAGISTRATE JUDGE
15
16  GGH:009/kly
    alca1992.111